MARGARET PLUNKETT, as Administratrix of the Estate of
CHRISTOPHER J. PLUNKETT, Deceased, Respondent, *v.*
WILLIAM K. DICK et al., Appellants.

Argued January 19, 1942; decided March 5, 1942.

*Edward F. Sweeney, F. G. Mann* and *Herbert F. Hastings, Jr.,* for appellants.

*Morris A. Wainger* and *John C. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.